UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | | |
|---|---|---|
| JOSEPH CAMARON PEREZ, | ) | |
| | ) | |
| Plaintiff, | ) | 4:22-CV-00054-DCLC-CHS |
| | ) | |
| v. | ) | |
| | ) | |
| BEDFORD CNTY. SHERIFF'S OFFICE, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge [Doc. 10]. In the Report and Recommendation, the magistrate judge recommends that Plaintiff's Complaint [Doc. 1] be dismissed with prejudice for failure to pay the filing fee or provide documentation to support Plaintiff's alleged *in forma pauperis* status [Doc. 10, pgs. 1-2]. The parties did not file objections to the Report and Recommendation.[1] *See* Fed. R. Civ. P. 72(b).

After thorough consideration of the Report and Recommendation and the record as a whole, the Court finds that the Report and Recommendation properly analyzes the issues presented. For the reasons set out in the Report and Recommendation, which are incorporated by reference herein, it is hereby **ORDERED** that the Report and Recommendation [Doc. 10] is **ADOPTED**, Plaintiff's Complaint [Doc. 1] is **DISMISSED WITH PREJUDICE**, Plaintiff's Application for Leave to Proceed *In Forma Pauperis* [Doc. 2] is **DENIED**, and Plaintiff's Motion to Amend [Doc. 8] is **DENIED AS MOOT**.

---

[1] Failure to file objections within the 14-day period pursuant to Rule 72(b) results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge